GUSSIE LAGER, Appellant, v. KOTCHER BROS., INC., Respondent, Impleaded with Others. PAULINE LAGER, an Infant, by GUSSIE LAGER, Her Guardian ad Litem, Appellant, v. KOTCHER BROS. INC., Respondent, Impleaded with Others. — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL GARY CORPORATION, Plaintiff, v. THOMAS P. PETERS, as Receiver of NORIDA PARFUMERIE, INC., Appellant, and BANK OF MANHATTAN TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM CATZEFLIS and Others, Respondents, v. NICOLA AWAD and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN PATRICK WALSH, Respondent, v. JOHN T. KERESEY, Defendant, FRANK J. MACRE, as Executor, etc., of JOHN T. KERESEY, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MANUFACTURERS' FINANCE CORPORATION, Appellant, v. FRANK ANDERSON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GUS K. WORMS and Others, Respondents, v. DAVID FORMA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GENERAL TALKING PICTURES CORPORATION, Respondent, v. JACOB LEVY, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAHAM CASSATLY, Appellant, v. GUS K. WORMS and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

UNITED STATES RADIATOR CORPORATION, Respondent, v. G. W. WATTERSON, INC., and FRANCES A. WATTERSON, as Administratrix, etc., of GABRIEL W. WATTERSON, Deceased, and FRANCES A. WATTERSON, Individually, Appellants.— Order modified by limiting the preference to that over issues noticed for the same term, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

UNITED STATES RADIATOR CORPORATION, Respondent, v. G. W. WATTERSON, INC., Defendant, Impleaded with FRANCES A. WATTERSON, as Administratrix, etc., of GABRIEL W. WATTERSON, Deceased, and FRANCES A. WATTERSON, Individually, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR PAULSON, Appellant, v. JOHN A. MARGOLIS, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JEANNE L. POIRIER, Respondent, v. SELINA P. ZUCKERMAN, Appellant. ANGELA